UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOSE ANTONIO FRANCO-MORALES,

        Defendant.
_____/     **INDICTMENT**

The Grand Jury charges:

### Alien Felon Reentry

On or about April 28, 2021, in Van Buren County, in the Western District of Michigan, Southern Division,

JOSE ANTONIO FRANCO-MORALES,

being an alien who had previously been removed after having been convicted of a felony offense, was found in the United States without having obtained the express prior consent of the Attorney General or the Secretary of Homeland Security to return or reapply for admission.

8 U.S.C. § 1326(a)
8 U.S.C. § 1326(b)(1)

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
DONALD DANIELS
Assistant United States Attorney